CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
LISA C. CARTIER GIROUX
Nevada Bar No. 14040
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JESUS GOMEZ,<br><br>  Defendant. | Case No. 2:09-mj-00420-VCF<br><br>**MOTION AND ORDER TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE** |

The United States of America by CHRISTOPHER CHIOU, Acting United States Attorney for the District of Nevada, and Lisa C. Cartier Giroux, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charge brought

///

///

///

1

1  against defendant JESUS GOMEZ contained in the sealed criminal complaint in case number

2  2:09-mj-00420-VCF.

3  DATED this 17th day of August, 2021.

4

5                                          Respectfully submitted,

6                                          CHRISTOPHER CHIOU

7                                          Acting United States Attorney

8                                          */s/ Lisa C. Cartier Giroux*

9                                          LISA C. CARTIER GIROUX
                                        Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JESUS GOMEZ,<br><br>                Defendant. | Case No. 2:09-mj-00420-VCF<br><br>**ORDER OF DISMISSAL OF THE CRIMINAL COMPLAINT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charge brought against defendant JESUS GOMEZ contained in the sealed criminal complaint in case number 2:09-mj-00420-VCF.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Lisa C. Cartier Giroux
LISA C. CARTIER GIROUX
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charge brought against defendant JESUS GOMEZ contained in the sealed criminal complaint in case number 2:09-mj-00420-VCF.

DATED this 18th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE